IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00249-RJC-DCK

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDY JOHNSON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to stay proceedings until November 1, 2024, to which the defendant consents. (Doc. No. 18).

The parties have entered into a Pretrial Diversion Agreement, which will result in the dismissal of the pending charge if the defendant successfully completes the pretrial diversion program and fulfills the terms and conditions of the Agreement. Accordingly, the Court finds that the resulting delay to allow the defendant to demonstrate good conduct is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(2).

**IT IS, THEREFORE, ORDERED** that the government's motion is **GRANTED** the above captioned case be continued to the December 2, 2024, term of Court.

**IT IS FURTHER ORDERED** that counsel will appear for a status conference on November 18, 2024 at 9:30 A.M., in Courtroom 4A in the Frank G. Johns Wing of the Charles R. Jonas Federal Building and United States Courthouse.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, and the United States Probation Office.

Signed: May 2, 2023

Robert J. Conrad, Jr.
United States District Judge