IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00249-RJC-DCK

| | | |
|---|---|---|
| USA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| RANDY JOHNSON, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 20), the Indictment, (Doc. No. 1), without prejudice following the Defendant's successful completion his pretrial diversion program.

**IT IS ORDERED** that the Government's motion, (Doc. No. 20), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: October 15, 2024

Robert J. Conrad, Jr.
United States District Judge